(70 Hun, 59S.)

FOOTE, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants.

(Supreme Court, General Term, First Department. June 30, 1893.)

Appeal from special term, New York county.

Action by Elizur V. Foote against the Metropolitan Elevated Railway Company and another to enjoin the operation of defendants' road in front of plaintiff's premises, and for past damages. From a judgment for plaintiff, granting an injunction and directing mesne damages to be assessed by referees, defendants appeal.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

Davies & Rapallo, (J. T. Davies and Alex. S. Lyman, of counsel,) for appellants. Joseph B. Reilly and L. C. Dessar, for respondent.

PER CURIAM. The question involved having been previously decided by the general term, (12 N. Y. Supp. 516,) the judgment should be affirmed, with costs.

---

(70 Hun, 598.)

GOVIN et al. v. DE MIRANDA et al.

(Supreme Court, General Term. First Department. June 30, 1893.)

Action by Felix St. Anna Govin and others against Luciana Govin de Miranda and others.

A. Kling, for plaintiffs.

Stearns & Curtis, for defendants.

No opinion. Exceptions sustained as to the amount of damages for detention. All other exceptions overruled, and judgment directed upon the verdict for a return of the bonds mentioned in the complaint, and, in default of such return, for the value of said bonds, $17,950; and the verdict for damages for detention modified by awarding, as such damages, legal interest upon said amount from the date of demand, which appears to be the 13th of January, 1892, to the date of trial, without costs of this application.

---

(70 Hun, 598.)

GOVIN v. DE MIRANDA.

(Supreme Court, General Term, First Department. June 30, 1893.)

Action by Luiz Diaz Govin against Luciana Govin de Miranda.

A. Kling, for plaintiff.

Stearns & Curtis, for defendant.

No opinion. Exceptions sustained as to the amount of damages for detention. All other exceptions overruled, and judgment directed upon the verdict for a return of the bonds mentioned in the complaint, and, in default of such return, for the value of said bonds, $9,478; and the verdict for damages for detent on modified by limiting such damages to legal interest upon said amount from the date of demand, which appears to be the 13th of January, 1892, to the date of trial, without costs of this application.

---

(70 Hun, 598.)

NATIONAL PARK BANK, Appellant, v. LEVY, Respondent.

(Supreme Court, General Term, First Department. June 30, 1893.)

Action by the National Park Bank against Moses S. Levy, impleaded with others.

O. Horwitz, for appellant.

D. E. Delavan, for respondent.

No opinion. Order affirmed, with $10 costs and disbursements.